**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTORIA MCCLOUD : | |
| and BARBARA BOYLE, : | |
| : | NO. 4:CV-04-2322 |
| Plaintiffs : | |
| : | COMPLAINT FILED: 10/21/04 |
| v. : | |
| : | JURY TRIAL DEMANDED |
| CITY OF SUNBURY : | |
| : | JUDGE MUIR |
| Defendant : | |

**RESPONSES TO DEFENDANT'S MOTION TO STAY PLAINTIFFS' MOTION FOR ATTORNEY FEES AND EXPENSES PENDING APPEAL**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. It is denied that Plaintiffs' Motion for Attorney Fees and Expenses Fees is premature and should be stayed pending the outcome of Defendant's Appeal. As this court is aware, the vast majority of appeals from District Court jury verdicts are affirmed. Therefore, in all likelihood, a stay would only result in the Court having to revisit the issue of attorney fees at a later date when the case is no longer fresh in the Court's mind. More importantly, a ruling on Plaintiffs' Motion for Attorney Fees and Expenses will allow the

Appellant Court to address any appealable issues related to Attorney Fees, therefore, conserving judicial resources.

                                         By: s/Michael J. Zicolello
                                              Michael J. Zicolello
                                              I.D. #65522
                                              Attorney for Plaintiffs
333 Market Street
Williamsport, PA 17701
Telephone: (570) 321-7554

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA MCCLOUD and BARBARA BOYLE,   Plaintiffs     v.  CITY OF SUNBURY   Defendant | NO. 4:CV-04-2322  COMPLAINT FILED: 10/21/04  JURY TRIAL DEMANDED  JUDGE MUIR |

### CERTIFICATE OF SERVICE

Michael J. Zicolello hereby certifies that Responses to Defendant's Motion to Stay Plaintiffs' Motion for Attorney Fees and Expenses Pending Appeal has been served upon the following individual and in the manner indicated on this 28th day of December, 2005:

**VIA ELECTRONIC MAIL**

Sharon M. O'Donnell, Esquire
MARSHALL, DENNEHY, WARNER,
COLEMAN & GOGGIN
4200 Crums Mill Road - Suite 5
Harrisburg, PA 17112

**SCHEMERY ZICOLELLO**

By: /s/ Michael J. Zicolello
    Michael J. Zicolello
    P.A. I.D. #65522
    Attorney for Plaintiffs

333 Market Street
Williamsport, PA 17701
Phone: (570) 321-7554
Fax: (570) 321-7845
Email: Mike@sz-law.com