AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

MIDDLE            DISTRICT OF            PENNSYLVANIA

VICTORIA MCCLOUD and BARBARA BOYLE,
PLAINTIFFS

**JUDGMENT IN A CIVIL CASE**

V.

CITY OF SUNBURY,
DEFENDANT

Case Number: 4:04-cv-2322

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

JUDGMENT AS TO LIABILITY IS HEREBY ENTERED in favor of Victoria McCloud and Barbara Boyle and against the City of Sunbury as to retaliating against Victoria McCloud and Barbara Boyle for filing complaints of sexual discrimination and harassment by subjecting each of them to a tangible adverse employment action.

JUDGMENT AS TO DAMAGES IS HEREBY ENTERED in favor of Victoria McCloud and against the City of Sunbury in the amount of $250,000.00

JUDGMENT AS TO DAMAGES IS HEREBY ENTERED in favor of Barbara Boyle and against the City of Sunbury in the amount of $65,000.00.

FILED
WILLIAMSPORT

DEC 2 9 2005

Per_____
DEPUTY CLERK

12/29/2005                                MARY E. D'ANDREA, CLERK OF COURT
Date                                      Clerk

                                          Rebecca A. Kuhns
                                          (By) Deputy Clerk