**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTORIA MCCLOUD : | |
| and BARBARA BOYLE, : | |
| : | NO. 4:CV-04-2322 |
| Plaintiffs : | |
| : | COMPLAINT FILED: 10/21/04 |
| v. : | |
| : | JURY TRIAL DEMANDED |
| CITY OF SUNBURY : | |
| : | JUDGE MUIR |
| Defendant : | |

**SATISFACTION OF JUDGMENT**

AND NOW COMES, Plaintiffs Victoria McCloud and Barbara Boyle, by and through their counsel, Schemery Zicolello, PC, and request that the Judgment in the above-captioned case be marked SATISFIED.

**SCHEMERY ZICOLELLO**

By: s/Michael J. Zicolello
 Michael J. Zicolello
 P.A. I.D. #65522
 Attorney for Plaintiffs

333 Market Street
Williamsport, PA 17701
Phone: (570) 321-7554
Fax: (570) 321-7845
Email: Mike@sz-law.com

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA MCCLOUD and BARBARA BOYLE, : : : Plaintiffs : : v. : : CITY OF SUNBURY : : Defendant : | : NO. 4:CV-04-2322 : : COMPLAINT FILED: 10/21/04 : : JURY TRIAL DEMANDED : : JUDGE MUIR : |

## CERTIFICATE OF SERVICE

Michael J. Zicolello hereby certifies that Satisfaction of Judgment has been served upon the following individual and in the manner indicated on this 15th day of June, 2006:

### ELECTRONIC FILING

Sharon M. O'Donnell, Esquire
MARSHALL, DENNEHY, WARNER,
COLEMAN & GOGGIN
4200 Crums Mill Road - Suite 5
Harrisburg, PA 17112

### SCHEMERY ZICOLELLO

By: s/Michael J. Zicolello
    Michael J. Zicolello
    P.A. I.D. #65522
    Attorney for Plaintiffs

333 Market Street
Williamsport, PA 17701
Phone: (570) 321-7554
Fax: (570) 321-7845
Email: Mike@sz-law.com